# United States District Court
# District of Massachusetts

JACQUELINE SNAZA, ETC.,
WAYNE SNAZA, ETC.,
    Plaintiffs,

        V.                CIVIL ACTION NO. 2009-10017-PBS

STUDENTCITY.COM, INC.,
HOWARD JOHNSON INTERNATIONAL, INC.,
HOWARD JOHNSON FRANCHISE SYSTEMS, INC.,
    Defendant.

## *AMENDED SCHEDULING ORDER RE: SUMMARY JUDGMENT MOTIONS - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

    The Court enters the within Amended Scheduling Order Re: Summary Judgment Motions pursuant to Rule 16(b), Fed. R. Civ. P. in accordance with Judge Saris' Order granting Motion, Etc. [195] on June 14, 2010 and the undersigned granting Motion, Etc. [233] on September 20, 2010.

    The defendants are granted leave to file and serve motions for summary

judgment *on or before the close of business on Tuesday, December 30, 2010.* The motions shall be accompanied by memoranda in support together with any materials in support provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P.  The plaintiffs are granted leave to file oppositions to the motions for summary judgment *on or before the close of business on Friday, January 28, 2011.*  The oppositions shall be accompanied by memoranda in opposition together with any materials in opposition provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P.  No memorandum in support of or in opposition to a motion for summary judgment shall exceed twenty (20) pages in length. *See* Local Rule 7.1(a)(4).

Any memorandum in support of a motion for summary judgment shall point out the undisputed facts upon which the motion is based with specific reference to affidavits, depositions, or other documentation. Any memorandum in opposition to a motion for summary judgment shall contain a listing of material facts asserted to be in dispute similarly referenced. *See* Local Rule 56.1.

The defendants are granted leave to file reply memoranda (not to exceed seven (7) pages each) *on or before the close of business on Friday, February 11, 2011.*

*Judge Saris will hear any motions for summary judgment on <u>February 28, 2011 at 2:00 P.M.</u>*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 20, 2010.